UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| SONIA LUTTIG ) | Case No. 6:17-cv-01170-EFM-KGS |
|     Plaintiff, ) | |
| v. ) | **JOINT STIPULATION FOR DISMISSAL** |
| ) | **WITH PREJUDICE** |
| ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
|     Defendant, ) | |
| ) | |
| ) | |
| ) | |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED,

DATED: March 26, 2018

/s/ *Gary T. Eastman*
**Gary T. Eastman**
Eastman Law Firm
12288 S Mullen Rd.
Olathe, KS 66062
913-908-9113
gary@theeastmanlawfirm.com
ATTORNEY FOR PLAINTIFF

/s/ *Darren K. Sharp*
**Darren K. Sharp KS #19532**
Armstrong Teasdale, LLP
2345 Grand Blvd., Ste. 1500
Kansas City, MO 64108

816-221-0786
dsharp@armstrongteasdale.com
ATTORNEY FOR DEFENDANT